Harry Meyer KATZ, Petitioner–Appellant

v.

UNITED STATES of America, Respondent–Appellee.

No. 12–1485.

United States Court of Appeals, Eighth Circuit.

Submitted: Oct. 31, 2012.

Filed: Nov. 30, 2012.

Before WOLLMAN, MELLOY, and SHEPHERD, Circuit Judges.

PER CURIAM.

Former federal inmate Harry Katz appeals the district court's[1] denial of his petition for a writ of error coram nobis. We agree with the court that Katz may not raise in a coram nobis petition the same claims that he previously litigated in his 28 U.S.C. § 2255 motion. *See Sawyer v. Whitley,* 505 U.S. 333, 338, 112 S.Ct. 2514, 120 L.Ed.2d 269 (1992) (successive habeas petition raising identical grounds as prior petition must generally be dismissed); *United States v. Camacho–Bordes,* 94 F.3d 1168, 1173 (8th Cir.1996) (coram nobis relief is substantially equivalent to habeas relief, and principles barring successive petitions apply); *Azzone v. United States,* 341 F.2d 417, 418–19 (8th Cir.1965) (per curiam) (coram nobis petitioner is not entitled to review of issues that were consid-

ered and resolved either on direct appeal or in § 2255 motion). We also find that the district court did not err in denying the petition without a hearing or discovery. Accordingly, we affirm. *See* 8th Cir. R. 47B.